# EXHIBIT B



**Gaston Loomis**
Partner

gloomis@mdmc-law.com
**T:** 302-300-4510  **F:** 302-654-4031
Wilmington, Delaware

**From:** Haber, Steven <SAH@obermayer.com>
**Sent:** Friday, October 24, 2025 11:07 AM
**To:** Gaston Loomis <gloomis@mdmc-law.com>
**Cc:** Spoltore, Leslie <leslie.spoltore@obermayer.com>; Paul E. Dwyer <PDwyer@mdmc-law.com>
**Subject:** RE: 1:25-cv-01261-UNA Eurofins Viracor BioPharma Services, LLC v. Hamilton Storage Technologies, Inc. [IMAN-MDMDOCS.FID1086761]

**This message originated from outside your organization**

Mr. Loomis –

I tried to reach you earlier this week to discuss your request for citizenship information. Since we have been unable to connect by phone, I have provided below what I believe to be the information you are seeking:

Eurofins US Holdings, Inc. is the sole member of Eurofins Viracor BioPharma Services, LLC.

Eurofins US Holdings, Inc. is a Delaware corporation with its principal place of business in Leola, Pennsylvania.

1