UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EUROFINS VIRACOR BIOPHARMA SERVICES, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>HAMILTON STORAGE TECHNOLOGIES, INC.,<br><br>          Defendant. | C.A. No. 1:25-cv-01261-CFC |

## DEFENDANT HAMILTON STORAGE TECHNOLOGIES, INC.'S RULE 7.1.1 STATEMENT

Counsel for Defendant, Hamilton Storage Technologies, Inc. ("Hamilton Storage"), avers that he has made reasonable efforts to reach on an agreement with counsel to the Plaintiff Eurofins Viracor BioPharma Services, LLC (the "Plaintiff" or "Eurofins") on Hamilton Storage's Motion to Amend the Amended Notice of Removal (ECF No. 19) (the "Motion to Amend"). Plaintiff's counsel has stated that Eurofins would not consent to the Motion to Amend being granted.

Dated: November 25, 2025

                                                        **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

                                                        /s/ *Gaston P. Loomis*
                                                        Gaston P. Loomis (No. 4812)
                                                        300 Delaware Avenue, Suite 1014
                                                        Wilmington, DE 19801
                                                        Telephone: 302-300-4510

        Facsimile: 302-645-4031
        E-mail: gloomis@mdmc-law.com

*Attorney for Hamilton Storage Technologies, Inc.*